# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UTICA MUTUAL INSURANCE CO., et al.,

        Plaintiff(s),

vs.

LARRY BLACK, et al.,

        Defendant(s).

Case No. 2:12-cv-02148-GMN-NJK

ORDER GRANTING MOTION TO AMEND COMPLAINT
(Docket No. 24)

Pending before the Court is Plaintiffs' motion for leave to amend the complaint. Docket No. 24. The motion seeks to correct typographical errors in the complaint. *See id.* at 1. Plaintiffs are able to amend their complaint as a matter of course without leave of court up to 21 days after the service of a responsive pleading or Rule 12 motion. *See* Fed. R. Civ. P. 15(a)(1)(B). Based on the Court's review of the docket, it does not appear that Plaintiffs need to seek leave of court to file a first amended complaint. At any rate, when leave of court to amend the complaint is required, it is "freely given[n] . . . when justice so requires." Fed. R. Civ. P. 15(a)(2). Accordingly, for good cause shown, Plaintiffs' motion is GRANTED. Plaintiffs shall file and serve the proposed amended complaint within five days hereof.

    IT IS SO ORDERED.

    DATED: May 13, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge