**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UTICA MUTUAL INSURANCE COMPANY, REPUBLIC FRANKLIN INSURANCE COMPANY, and UTICA NATIONAL INSURANCE GROUP, | ) ) ) ) ) | Case No.: 2:12-cv-02148-GMN-NJK |
| Plaintiffs, | ) ) | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE KOPPE** |
| vs. | ) ) | |
| LARRY BLACK, TY CIRILLO, JIMMY JOHNS FRANCHISE, LLC, and JRC RESTAURANTS dba JIMMY JOHNS GOURMET SANDWICHES, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 31) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered February 21, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by March 10, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that Plaintiffs' Motion for Default Judgment (ECF No. 30) be **Granted**.  Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 31) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter default judgment in favor of Plaintiffs Utica Mutual Insurance Company, Republic Franklin Insurance Company, and

1   Utica National Insurance Group against Defendants Larry Black, Ty Cirillo, and JRC Restaurants

2   dba Jimmy Johns Gourmet Sandwiches finding that there is no coverage in the policies at issue

3   for the underlying action.  The Clerk shall enter judgment accordingly.

4        **DATED** this 14th day of March, 2014.

5

6                                             _____

7                                             Gloria M. Navarro, Chief Judge
                                          United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25